UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Roto-Therm, Inc. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 00-CV-3056 |
| Wendell Textiles, Inc. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \*

**STIPULATED MOTION TO VACATE DEFAULT
AND DEFAULT JUDGMENT
AND TO DISMISS CASE**

Upon satisfactory settlement of this case, the parties hereby move the Court to vacate the default and default judgment and to dismiss this case with prejudice.

WHEREFORE, the parties respectfully request the Court to grant their motion.

Dated: December 28, 2000.

_____
J. Stephen Simms (#4269)
Stephen S. McCloskey (#4640)
Greber & Simms
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone (410) 783-5795
Fax (410) 783-1368

Roto-Therm Counsel

_____
Louis J. Glick (#3410)  /JSS with permission
2 Reservoir Circle, Suite 102
Pikesville, Maryland 21208
Telephone (410) 484-5588
Fax (410) 484-6292

Wendell Textiles Counsel

SO ORDERED this 9th day of January, 2001.

_____
Andre M. Davis
United States District Judge

MICROFILMED
0