## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

FILED
ENTERED
RECEIVED

MA─ ─ ─ ─ ─

CLE─ ─
DISTRICT OF MARYLAND ─ ─RT

BY ─ ─

DEPUTY

May 4, 2001

MEMORANDUM TO COUNSEL RE:        Roto-Therm, Inc. v. Wendell Textiles, Inc.
                                 <u>Civil No. AMD 00-3056</u>


        This case was closed by Order entered on January 9, 2001, pursuant to the stipulation of
the parties for a dismissal of the case with prejudice. Thus, I am perplexed by the recent filing
of a paper styled "Plaintiff's Opposition to Defendant's Motion to Modify or Vacate Judgment."
I am certain that there exists a quick and obvious explanation but it escapes me.

        Despite the informal nature of this ruling, it is an Order of Court and the Clerk is directed
to docket it as such.

                                Very truly yours,

                                Andre M. Davis
                                United States District Judge


AMD:tt
cc: Court file

