UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Roto-Therm, Inc. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 00-CV-3056 |
| Wendell Textiles, Inc. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

The parties hereby stipulate pursuant to Fed. R. Civ. P. 41 to the dismissal of this case with prejudice, each party to bear its own costs and attorneys fees.

Dated: May 29, 2001.

_____
J. Stephen Simms (#4269)
Stephen S. McCloskey (#4640)
Greber & Simms
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone (410) 783-5795
Fax (410) 783-1368

Roto-Therm Counsel

_____
Louis J. Glick (#3410)
2 Reservoir Circle, Suite 102
Pikesville, Maryland 21208
Telephone (410) 484-5588
Fax (410) 484-6292

Wendell Textiles Counsel

APPROVED
[signature]
6/5/2001

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 0 5 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY